# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-3124
LT Case No. 05-2018-DP-002207

_____

D.M., FATHER OF A.F-M., a child,

    Appellant,

    v.

C.B., E.C., and DEPARTMENT of
CHILDREN and FAMILIES,

    Appellees.

_____

On Appeal from the Circuit Court for Brevard County.
Charles Grooms Crawford, Judge.

Evelyn Araud, Palm Bay, for Appellant.

Scarlett G. Davidson, of Culmer & Davidson, P.A., Rockledge, for
C.B. and E.C.

Kelley Schaeffer, of Children's Legal Services, Bradenton, for
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division,
Tallahassee, for Guardian ad Litem.

March 31, 2026

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____